IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHELLE SANTIAGO HASKINS,

      Appellant,

 v.                                  Case No.  5D22-760
                                       LT Case No. 21-CT-000268-AOS

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed September 23, 2022

Appeal from the County Court
for Osceola County,
Gabrielle Sanders-Morency, Judge.

Matthew J. Metz, Public Defender, and
Glendon George Gordon, Jr., Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas, Jr.,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

In this *Anders*[1] appeal, we affirm Michelle Santiago Haskins' judgment and sentence. We remand, however, for the trial court to identify the authority for the $271 in court costs it imposed during sentencing. *See Cash v. State*, 286 So. 3d 384, 385 (Fla. 5th DCA 2019) ("The law is well settled that trial courts lack the authority to impose costs and fines in criminal cases unless such imposition is specifically authorized by statute and the statutory authority is cited in the defendant's written disposition order." (quoting *J.S. v. State*, 920 So. 2d 752, 753 (Fla. 5th DCA 2006))).

AFFIRMED and REMANDED.

SASSO, TRAVER and NARDELLA, JJ., concur.

---

[1] *Anders v. California*, 386 U.S. 738 (1967).